# Guttilla Murphy Anderson

**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Anthony H. Mason, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Maribel Burk,<br><br>Debtor. | Case No. 2:16-bk-02341-PS<br><br>Chapter 7<br><br>**BAR DATE NOTICE OF TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT** |

**NOTICE IS HEREBY GIVEN** that Chapter 7 Trustee, Dina L. Anderson, has filed *Trustee's Objection to Property Claimed Exempt* ("Objection") in connection with the exemption claimed by the Debtor involving a retirement plan through Debtor's employer (the "Property").

Any person opposing the Trustee's Objection must file a written response with the U.S. Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706, **within 21 days of service of this Notice** and a copy of said response shall be served upon counsel for the Trustee, Ryan W. Anderson, Guttilla Murphy Anderson, at 5415 E. High St, Ste. 200, Phoenix, Arizona, 85054.

If a response to the Objection is timely filed and served, the Trustee will request a hearing from the Court. If no response is provided, an Order sustaining the Objections and denying the exemptions will be entered without further hearing.

Dated this      day of April, 2016.

GUTTILLA MURPHY ANDERSON

 /s/ *Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Trustee

2289-001(241108)